UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ZACHARY MCGLOTHIN,

       Defendant.

Case No. 3:26-cr-31

District Judge Michael J. Newman

---

**ORDER REQUIRING THE PARTIES TO: (1) MEET AND CONFER UNDER FED. R. CRIM. P. 16.1; (2) FILE A NOTICE IDENTIFYING THE SPEEDY TRIAL ACT DEADLINE; AND (3) FILE A JOINT, PROPOSED SCHEDULING ORDER**

---

This criminal case is before the Court following Defendant's indictment on April 28, 2026 and arraignment on April 30, 2026.  The Court issues this Order to clarify certain calendar issues.

First, within 14 days of Defendant's arraignment, and pursuant to the Court's Standing Order Governing Criminal Cases (eff. Aug. 27, 2025), *see* https://www.ohsd.uscourts.gov/FPNewman, the parties shall meet and confer "and try to agree on a timetable and procedures for pretrial disclosure under Rule 16." Fed. R. Crim. P. 16.1(a).  The parties must file (1) a Notice identifying the Speedy Trial Act deadline; and (2) a Joint Proposed Scheduling Order containing a discovery deadline, a motion filing deadline, a status report deadline, and a trial date.

Second, pursuant to that same Order, when a case proceeds to sentencing, the deadline for filing a sentencing memorandum is **seven days before the sentencing hearing**.  Counsel may file a motion to extend the sentencing memorandum deadline.  Such motions must be filed before the deadline and must show that good cause supports the requested extension.  A motion to extend the

sentencing memorandum deadline, or an untimely-filed sentencing memorandum, may result in a continuance of the sentencing hearing.  If, after the final presentence investigation report ("PSR") is filed, counsel seeks to raise a new objection to the PSR, counsel must show that good cause supports allowing the untimely objection.[1]  *See* Fed. R. Civ. P. 32(i)(1)(D) ("At sentencing, the court … may, for good cause shown, allow a party to make a new objection at any time before sentence is imposed").

A form Notice and Proposed Scheduling Order is attached hereto.

**IT IS SO ORDERED.**

May 1, 2026                                           s/*Michael J. Newman*
                                                     Hon. Michael J. Newman
                                                     United States District Judge

---

[1] Objections to the initial PSR must be stated in writing "[w]ithin 14 days after receiving the presentence report …." Fed. R. Crim. P. 32(f)(1).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                              Case No. 3:Choose an item.

vs.

————, *et al.*,                       District Judge Michael J. Newman

     Defendants.

---

### NOTICE AND PROPOSED SCHEDULING ORDER

---

Pursuant to the Court's Standing Order Governing Criminal Cases (eff. Aug. 27, 2025),

the parties have met and conferred pursuant to Fed. R. Crim. P. 16.1 report that the present Speedy

Trial Act deadline in this case is Click or tap to enter a date.  The parties propose the following

scheduling order:

| | |
|---|---|
| Discovery deadline: | **Click or tap to enter a date.** |
| Motion filing deadline: | Click or tap to enter a date. |
| Status report deadline: | Click or tap to enter a date. |
| Jury trial: | Click or tap to enter a date.at Choose an item. |

---
Counsel for Defendant

---
Counsel for the Government