UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

ZACHARY MCGLOTHIN,

     Defendant.

Case No. 3:26-cr-31

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER:  (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 21); (2) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 3 OF THE INDICTMENT; AND (3) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. No. 21), recommending that the Court accept Defendant's guilty plea.  There being no objections to the well-reasoned R&R, the Court **ADOPTS** the R&R in full.  The Court **ACCEPTS** Defendant's plea of guilty as charged in Count 3 of the Indictment, which charges him with possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine and a mixture or substance containing a detectable amount of fentanyl, in violation of Title 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and (b)(1)(C).  The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

     **IT IS SO ORDERED.**

    June 16, 2026                        s/Michael J. Newman
                                             Hon. Michael J. Newman
                                             United States District Judge